IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------x
In re:                                          :
                                                :    In Chapter 13
    GEORGE AKANNO                      :
                                                :    Bankruptcy No. 16-11069 (ELF)
                 Debtor.            :
-------------------------------------------------------x

## PRAECIPE TO WITHDRAW OBJECTION

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Proposed Chapter 13 Plan (Document #28) which was filed on August 25, 2016.

                                 Respectfully submitted,

                                 THE CITY OF PHILADELPHIA

Dated: August 29, 2016              By: */s/ Pamela Elchert Thurmond*
                                           PAMELA ELCHERT THURMOND
                                           Deputy City Solicitor
                                           PA Attorney I.D. 202504
                                           Attorney for the City of Philadelphia
                                           City of Philadelphia Law Department
                                           Municipal Services Building
                                           1401 JFK Boulevard, 5th Floor
                                           Philadelphia, PA  19102-1595
                                           215-686-0508 (phone)
                                           Email: Pamela.Thurmond@phila.gov