### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   GEORGE AKANNO           : CHAPTER 13
                                 :
                                 :
         DEBTOR                  : BANKRUPTCY NO. 16-11069 ELF

### CERTIFICATION OF NO-OBJECTION OR RESPONSE

I, Zachary Perlick, Esquire, hereby certify that I filed a Notice of an Application for Approval of Compensation and an Application for Approval of Compensation and Reimbursement of Expenses on September 7, 2016 and gave notice to the Debtor, the Trustee, and all interested parties and that they had twenty (20) days to file an answer, objection or other responsive pleading; that more than twenty (20) days have passed since the notices were mailed and I have not received an Answer, objection or other responsive pleading. I therefore request that the court enter the Order accompanying said application.

BY   /s/ Zachary Perlick
     Zachary Perlick, Esquire
     1420 Walnut Street, Suite 718
     Philadelphia, PA  19102
     (215) 569-2922