## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  George Akanno | |
| Debtor | CHAPTER 13 |
| | |
| PNC BANK, NATIONAL ASSOCIATION, its successors and/or assigns | |
| Moving Party | |
| vs. | |
| | NO. 16-11069 ELF |
| George Akanno | |
| Debtor | |
| | |
| William C. Miller Esq. | |
| Trustee | 11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of PNC BANK, NATIONAL ASSOCIATION, which was filed with the Court on or about **June 15, 2016**.

Respectfully submitted,

**/s/ Denise Carlon**
Denise Carlon, Esquire
Attorneys for Movant/Applicant
KML Law Group, P.C.
Main Number: (215) 627-1322

November 23, 2016