**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| GEORGE AKANNO | : | BK. No. 16-11069 ELF |
|       Debtor | : | |
| | : | Chapter No. 13 |
| SETERUS, INC. | : | |
|       Movant | : | |
|    v. | : | |
| GEORGE AKANNO | : | |
|       Respondent | : | 11 U.S.C. §362 |

**ORDER MODIFYING §362 AUTOMATIC STAY**

     **AND NOW**, this 27th day of December, 2016, upon Motion of **SETERUS, INC.** (Movant), it is:

     **ORDERED** that Movant shall be permitted to reasonably communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

     **ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 725 SOUTH 56TH STREET, PHILADELPHIA, PA 19143-2507(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

     **ORDERED** that Rule 4001(a)(3) is not applicable and **SETERUS, INC.** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

     **Order entered by default.**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**