United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-11069-elf
George Akanno                                                         Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: JeanetteG    Page 1 of 1    Date Rcvd: Dec 27, 2016
                 Form ID: pdf900    Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2016.
db             +George Akanno,    1011 Guenther Avenue,    Lansdowne, PA 19050-3520
cr             +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
                 51 E. Bethpage Road,    Plainview, NY 11803-4224

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Dec 28 2016 03:57:50     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 28 2016 03:57:40     Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 28 2016 03:57:45     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: bankruptcy@phila.gov Dec 28 2016 03:57:50     City of Philadelphia,
                 Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
                                                                                                TOTAL: 4

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2016 at the address(es) listed below:
      DENISE ELIZABETH CARLON    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
                bkgroup@kmllawgroup.com
              JEROME B. BLANK    on behalf of Creditor    PHH Mortgage Corporation, F/K/A Cendant Mortgage
                Corporation paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Seterus, Inc. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    PHH Mortgage Corporation, F/K/A Cendant Mortgage
                Corporation paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
                bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
                james.feighan@phila.gov
              THOMAS I. PULEO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
                bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
                philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
              ZACHARY PERLICK    on behalf of Debtor George  Akanno Perlick@verizon.net, pireland1@verizon.net
                                                                                                TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| **GEORGE AKANNO** | : | **BK. No. 16-11069 ELF** |
| Debtor | : | |
| | : | **Chapter No. 13** |
| **SETERUS, INC.** | : | |
| Movant | : | |
| v. | : | |
| **GEORGE AKANNO** | : | |
| Respondent | : | **11 U.S.C. §362** |

**ORDER MODIFYING §362 AUTOMATIC STAY**

    **AND NOW**, this 27th day of December, 2016, upon Motion of **SETERUS, INC.** (Movant), it is:

    **ORDERED** that Movant shall be permitted to reasonably communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

    **ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 725 SOUTH 56TH STREET, PHILADELPHIA, PA 19143-2507(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

    **ORDERED** that Rule 4001(a)(3) is not applicable and **SETERUS, INC.** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

    Order entered by default.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**