**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | GEORGE AKANNO | : CHAPTER 13 |
| | | : |
| | | : |
| | DEBTOR | : BANKRUPTCY No. 16-11069 ELF |

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees and expenses are allowed in the following amounts:

| | |
|---|---|
| Compensation | $5,500.00 |
| Expenses | $    30.00 |
| Attorney fee already paid by Debtor | $1,465.00 |
| Net amount to be paid by Trustee | $4,065.00 |

The net amount is to be paid by the Trustee to Zachary Perlick, Esquire, from available funds in the Debtor's estate to the extent provided for in the confirmed plan.

Dated: 1/6/17

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**