United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
George Akanno  
    Debtor

Case No. 16-11069-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: John    Page 1 of 1    Date Rcvd: Jan 06, 2017  
                    Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2017.  
db         +George Akanno,    1011 Guenther Avenue,    Lansdowne, PA 19050-3520

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 07 2017 01:36:23      U.S. Attorney Office,  
         c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404  
                                                                                                                                                               TOTAL: 1

            \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*  
NONE.                                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2017                                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2017 at the address(es) listed below:

       DENISE ELIZABETH CARLON    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION  
       bkgroup@kmllawgroup.com  
       JEROME B. BLANK    on behalf of Creditor    PHH Mortgage Corporation, F/K/A Cendant Mortgage  
       Corporation paeb@fedphe.com  
       JEROME B. BLANK    on behalf of Creditor    Seterus, Inc. paeb@fedphe.com  
       JOSEPH ANGEO DESSOYE    on behalf of Creditor    PHH Mortgage Corporation, F/K/A Cendant Mortgage  
       Corporation paeb@fedphe.com  
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION  
       bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,  
       james.feighan@phila.gov  
       THOMAS I. PULEO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,  
       bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,  
       philaecf@gmail.com  
       WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com  
       ZACHARY PERLICK    on behalf of Debtor George    Akanno Perlick@verizon.net,    pireland1@verizon.net  
                                                                                                                                       TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | GEORGE AKANNO | : | CHAPTER 13 |
| | | : | |
| | | : | |
| | DEBTOR | : | BANKRUPTCY No. 16-11069 ELF |

**ORDER TO ALLOW COUNSEL FEES**

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees and expenses are allowed in the following amounts:

| | |
|---|---|
| Compensation | $5,500.00 |
| Expenses | $ 30.00 |
| Attorney fee already paid by Debtor | $1,465.00 |
| Net amount to be paid by Trustee | $4,065.00 |

The net amount is to be paid by the Trustee to Zachary Perlick, Esquire, from available funds in the Debtor's estate to the extent provided for in the confirmed plan.

Dated: 1/6/17

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**