## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 16-11069-ELF

GEORGE AKANNO

1011 GUENTHER AVENUE

LANSDOWNE, PA 19050-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

GEORGE AKANNO

1011 GUENTHER AVENUE

LANSDOWNE, PA 19050-

Counsel for debtor(s), by electronic notice only.

ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-

Date: 10/26/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee