**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| IN RE: | : | |
| **GEORGE AKANNO** | : | **BK. No. 16-11069 ELF** |
| **Debtor** | : | |
| | : | **Chapter No. 13** |
| **FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FNMA")** | : | |
| **Movant** | : | |
| v. | : | |
| **GEORGE AKANNO** | : | **11 U.S.C. §362** |
| **Respondent** | : | |

**ORDER MODIFYING §362 AUTOMATIC STAY** *and withdrawal of the response thereto*

    **AND NOW**, this 4th day of April, 2018, at **PHILADELPHIA**, upon Motion of **FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FNMA")** (Movant), it is:

    **ORDERED** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

    **ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 2237 HOBSON STREET, PHILADELPHIA, PA 19142(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

    **ORDERED** that Rule 4001(a)(3) is not applicable and **FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FNMA")** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

    **ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**