United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-11069-elf
George Akanno                                                       Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey          Page 1 of 1          Date Rcvd: Apr 04, 2018
                           Form ID: pdf900        Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2018.
db          +George Akanno,   1011 Guenther Avenue,   Lansdowne, PA 19050-3520
cr          +Ditech Financial LLC,   14841 Dallas Parkway, Suite 300,   Dallas, TX 75254-7883
cr          +Ditech Financial LLC FKA Green Tree Servicing, LLC,   14841 Dallas Parkway, Suite 300,
             DALLAS, TX 75254-7883
cr          +Federal National Mortgage Association,   c/o Rosicki, Rosicki & Associates, P.C.,
             51 E. Bethpage Road,   Plainview, NY 11803-4224

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Apr 05 2018 01:55:35    City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 05 2018 01:55:03
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 05 2018 01:55:30    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           E-mail/Text: bankruptcy@phila.gov Apr 05 2018 01:55:35    City of Philadelphia,
             Law Revenue Department,   c/o Pamela Elchert Thurmond,   1401 JFK Boulevard,
             5th Floor, Municipal Services Bldg,   Philadelphia, PA  19102
                                                                                      TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2018                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2018 at the address(es) listed below:
              DENISE ELIZABETH CARLON   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              JEROME B. BLANK   on behalf of Creditor   Federal National Mortgage Association paeb@fedphe.com
              JEROME B. BLANK   on behalf of Creditor   PHH Mortgage Corporation, F/K/A Cendant Mortgage
               Corporation paeb@fedphe.com
              JEROME B. BLANK   on behalf of Creditor   Seterus, Inc. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE   on behalf of Creditor   PHH Mortgage Corporation, F/K/A Cendant Mortgage
               Corporation paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              PAMELA ELCHERT THURMOND   on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              THOMAS I. PULEO   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG   on behalf of Creditor   Federal National Mortgage Association
               paeb@fedphe.com
              United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
              ZACHARY PERLICK   on behalf of Debtor George  Akanno Perlick@verizon.net,  pireland1@verizon.net
                                                                               TOTAL: 15

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | | |
|---|---|---|
| IN RE: | : | |
| GEORGE AKANNO | : | BK. No. 16-11069 ELF |
| **Debtor** | : | |
| | : | Chapter No. 13 |
| FEDERAL NATIONAL MORTGAGE | : | |
| ASSOCIATION ("FNMA") | : | |
| **Movant** | : | |
| v. | : | |
| GEORGE AKANNO | : | 11 U.S.C. §362 |
| **Respondent** | : | |

### ORDER MODIFYING §362 AUTOMATIC STAY

and withdrawal of the response thereto

**AND NOW**, this 4th day of April, 2018, at **PHILADELPHIA**, upon Motion of **FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FNMA")** (Movant), it is:

**ORDERED** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 2237 HOBSON STREET, PHILADELPHIA, PA 19142(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FNMA")** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**