**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| IN RE:  George Akanno | |
| <u>Debtor(s)</u> | CHAPTER 13 |
| PNC BANK, NATIONAL ASSOCIATION | |
| <u>Moving Party</u> | |
| vs. | |
| George Akanno            Debtor | NO. 16-11069 ELF |
| Felicitas I. Akanno      Co-Debtor | |
| William C. Miller        Trustee | 11 U.S.C. Section 362 |

## PRAECIPE FOR RE-LISTED HEARING

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly re-schedule a hearing on the above-captioned Motion for Relief.

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322  FAX (215) 627-7734
Attorney for Movant/Applicant